**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHARON ARZILLO,

      Plaintiff,

v.                                     CASE NO: 8:09-cv-2499-T-26MAP

TARGET CORPORATION d/b/a
SUNCOAST PASCO COUNTY SUPER
TARGET #2209,

      Defendant.
                                                                          /


**O R D E R**

Upon due consideration of the pleadings on file, it is ordered and adjudged that Plaintiff's

Motion for Remand (Dkt. 10) is denied. The Court is satisfied that Defendant has met its burden

of establishing by a preponderance of the evidence that the amount in controversy exceeds the

sum of $75,000.00. In particular, the Court determines that the jurisdictional amount necessary

to invoke this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332 is "readily deducible"

from the documents reflecting the amount of Plaintiff's medical bills incurred to date,[1] her need

for future medical treatment,[2] and her response to Defendant's Request for Admissions in which

she states she "may ask the Jury for damages in excess of $75,000.00."[3]  See Lowery v. Alabama

---

[1]  See Exhibit M to Notice of Removal filed at docket 1.

[2]  See Exhibit L to Notice of Removal filed at docket 1.

[3]  See Exhibit K to Notice of Removal filed at docket 1.

Power Co., 483 F.3d 1184, 1211 (11th Cir. 2007). In light of this determination and disposition

of the motion, the Court needs no response from Defendant.

**DONE AND ORDERED** at Tampa, Florida, on January 11, 2010.


        s/*Richard A. Lazzara*
        **RICHARD A. LAZZARA**
        **UNITED STATES DISTRICT JUDGE**


COPIES FURNISHED TO:
Counsel of Record